

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00152-CR

**EX PARTE** Pablo Emmanuel **DANIEL VARGAS**

From the County Court, Kinney County, Texas
Trial Court No. 13999CR
Honorable Molly Francis, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED September 17, 2025.

_____
Lori I. Valenzuela, Justice